# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-09-2248-R**                              **DATE: NOV. 6, 2009**

**TITLE: FOLEX GOLD INDUSTRIES -V- CHINA SHIPBUILDING INDUSTRY CORP et al**

==================================================================

**PRESENT:**

<u>**HON. MANUEL L. REAL, JUDGE**</u>

<u>William Horrell</u>                                        <u>  N/A  </u>
**Deputy Clerk**                                          **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                    Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON NOV. 30, 2009 AT 10:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF DEFENDANTS TO FILE AN ANSWER OR PLAINTIFFS TO OBTAIN ENTRY OF DEFAULT OF DEFENDANTS. PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                       Initials of Deputy Clerk __WH__
**CIVIL - GEN**                              D-M