JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOLEX GOLF INDUSTRIES, INC., a California CORPORATION, )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>CHINA SHIPBUILDING INDUSTRY CORPORATION, a Chinese COMPANY, et al., )<br>)<br>    Defendants. )<br>_____) | CASE NO. CV 09-2248-R<br><br>JUDGMENT |

This action came on for hearing before the Court on October 4, 2010, on Defendant O-TA Precision Industries Co., Ltd.'s ("O-TA") Motion for Summary Judgment.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1   IT IS HEREBY ORDERED AND ADJUDGED that O-TA's Motion for Summary
2   Judgment is GRANTED in its entirety.
3   Dated:  December 2, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE