JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOLEX GOLF INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHINA SHIPBUILDING INDUSTRY, )<br>CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | CASE NO. CV09-2248-R<br><br>JUDGMENT |

    Pursuant to the Court's March 18, 2013 Order granting Defendant O-Ta Precision Industries Co., Ltd.,'s ("O-Ta") motion for summary judgment on all claims brought by Plaintiff Folex Golf Industries, Inc., ("Folex"),

    IT IS HEREBY ORDERED that judgment shall be entered dismissing the action by Folex against O-Ta.

May 9, 2013.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE