**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOLEX GOLF INDUSTRIES, INC. a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>CHINA SHIPBUILDING INDUSTRY CORPORATION, a Chinese company; LUOYANG SHIP MATERIAL RESEARCH INSTITUTE, a Chinese company; O-TA PRECISION INDUSTRIES CO., LTD., a Taiwan company; and DOES 1 through 100, inclusive,<br><br>   Defendants. | CASE NO.: 09-CV-02248 R (CWx)<br><br>**JUDGMENT** |

**JUDGMENT**

Pursuant to the Court's order granting Defendant O-TA Precision Industries Co., Ltd.'s ("O-TA") motion for summary judgment on all claims brought by Plaintiff Folex Golf Industries, Inc. ("Folex"),

IT IS HEREBY ORDERED that judgment be entered dismissing the action by Folex against O-TA. O-TA shall be entitled to seek reimbursement of costs, and make any appropriate application for attorneys' fees, pursuant to applicable statutes and local rules.

IT IS SO ORDERED.

Dated: November 13, 2015

_____
THE HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1